IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL FEUGET                                                       PETITIONER

v.                         CASE NO. 5:15CV00388 BSM

WENDY KELLEY, Director,
Arkansas Department of Correction                               RESPONDENT

## ORDER

The proposed findings and recommendations [Doc. No. 19] submitted by United States Magistrate Judge J. Thomas Ray have been received along with petitioner Michael Feuget's objections and respondent Wendy Kelley's response to Feuget's objections. *See* Doc. Nos. 22, 23. After careful consideration of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Feuget's petition for writ of *habeas corpus* [Doc. No. 1] pursuant to 28 U.S.C. section 2254 is dismissed with prejudice, and the relief sought is denied. A certificate of appealability will not be granted because Feuget has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 7th day of July 2017.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE